UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-62737-CIV-GAYLES/TURNOFF

**PATRICIA KENNEDY**, *et al.*,

    Plaintiffs,

v.

**FR FLORIDA, INC**., successor by merger to **FR TOWER SHOPS, LLC**, d/b/a **FIRT FLORIDA, INC**.,

    Defendant.
_____/

### ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Notice of Settlement and Stipulation of Dismissal With Prejudice [ECF No. 15]. Based thereon, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**. It is further

**ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of June, 2015.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Turnoff
       All Counsel of Record